**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STHEFANIE YEPEZ,

       Plaintiff,

v.                                            Case No.: 6:23-cv-1372-WWB-DCI

SPINNAKER INSURANCE COMPANY,

       Defendant.

_____/

## <u>ORDER</u>

THIS CAUSE is before the Court upon *sua sponte* review of the file.  On July 26, 2023, the parties were notified of their obligation to comply with Local Rule 3.02(a)(2), requiring the filing of a case management report within forty days after the docketing of an action removed to this Court.  (Doc. 6).  The parties were also cautioned that failure to comply with any local rule or orders of this Court could result in dismissal of this case without further notice.  (Doc. 5).  This case was removed to and docketed in this Court on July 20, 2023, but no case management report has been filed and the time to do so has passed.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice** for failure to comply.  The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on September 19, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record